**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 73.115.69.112**

**ISP:** Comcast Cable
**Physical Location:** Pasadena, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/02/2019 16:16:28 | CE54419F73BA4A823E44564365DE37DA4D3A71EF | Fifty Shades of Kate |
| 06/27/2019 13:46:12 | B201D16049FF6E6B30BE7D125696E176970D3C1F | SEX after WORK |
| 06/11/2019 16:17:09 | C72370F9777E4BC5700A0E96C2EDAB284AA8501F | Hot Fucking with Sexy Sybil and Jake |
| 05/28/2019 06:12:41 | 1B089217CDFF08CB31CD3663BD6E9B32A5A3E209 | Workout and Stunning Hot Sex |
| 05/23/2019 11:23:03 | DBADB5297A88111AD4820864B7EF1F21AA822354 | One Romantic Evening of Hot Sex |
| 05/21/2019 11:14:43 | 12D41FC242384C1E0C9372A79DD5B34F1FDA74AC | CUM in MY kitchen |
| 05/19/2019 17:23:21 | AB2EFD6A4F586BE75346B5ACD568B6D94D9DD74C | Would You Fuck My Girlfriend |
| 05/14/2019 11:47:39 | 82891A385FF32F3569856CE193914F0E3C4925D1 | Teach Me About Sex |
| 03/21/2019 09:31:50 | A85B0BAB61615F11793D30997806B9B736688137 | Into The Lions Mouth |

**Total Statutory Claims Against Defendant: 9**

EXHIBIT A

STX299